**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mohammed Taha Mohammed, et al., | No. CV-19-04726-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Hamid Afzalian Naini, et al., | |
| Defendants. | |

Plaintiffs filed their original complaint in Maricopa County Superior Court on June 13, 2019. (Doc. 1-3.) Defendants removed the action on July 15, 2019 pursuant to the Court's federal question jurisdiction. (Doc. 1.) Plaintiffs have since accepted Defendants' offers of judgment in exchange for the dismissal of all claims except those arising under Arizona's paid sick time law. (Docs. 67-1; 68-1.) On March 22, 2021, the Court entered judgment enforcing these agreements. (Doc. 69.) Because only state law claims remain, and diversity jurisdiction is absent, the Court no longer has jurisdiction over this matter. Accordingly,

**IT IS ORDERED** that this case is **REMANDED** to Maricopa County Superior Court.

Dated this 23rd day of March, 2021.

Douglas L. Rayes
United States District Judge